UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERLOOK AT BLUE RAVINE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PETER DUPUIS,<br><br>Defendant. | No. 1:23-cv-00475-ADA-HBK<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Defendant Peter Dupuis removed this case from Sacramento County Superior Court on March 28, 2023.  (*See* ECF No. 1.)  The alleged facts underlying Plaintiff's complaint occurred in Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California.  Therefore, Defendant should have filed the notice of removal in the Sacramento Division.  *See* E.D. Cal. R. 120(d).

"Whenever in any action the Court finds upon its own motion, motion of any party, or stipulation that the action has not been commenced in the proper court . . . the Court may transfer the action to another venue within the District." *Id.* 120(f).  Because the Court finds that this case was filed in the wrong venue, it will, sua sponte, order transfer to the Sacramento Division.

Accordingly,

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

1

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   April 4, 2023

_____
UNITED STATES DISTRICT JUDGE